### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | 8:02CR329 |
| vs. ) | |
| ) | ORDER |
| CRAIG A. ROBERTS, ) | |
| Defendant. ) | |

Defendant Craig A. Roberts appeared before the court on Tuesday, August 21, 2007 on a Petition for Warrant or Summons for Offender Under Supervision [287]. The defendant was represented by Assistant Federal Public Defender David M. O'Neill and the United States was represented by Assistant U.S. Attorney Russell X. Mayer. Through his counsel, the defendant waived his right to a probable cause hearing on the Report pursuant to Fed. R. Crim. P. 32.1(a)(1). The government moved for detention. However, the defendant is in the custody of the State of Nebraska. Therefore, the matter of detention is held in abeyance pending the defendant returning to federal custody.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Smith Camp.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Judge Laurie Smith Camp in Courtroom No.2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **September 4, 2007 at 2:00 p.m.** Defendant must be present in person.

2. The government's motion for detention pursuant to the Bail Reform Act is held in abeyance pending the defendant coming into federal custody.

3. The defendant, Craig A. Roberts, having received notice of his return to the custody of Nebraska state authorities pending the disposition of this matter and having waived an opportunity for hearing in this matter, the U.S. Marshal is authorized to return the defendant, Craig A. Roberts, to the custody of Nebraska state authorities pending the final disposition of this matter and the U.S. Marshal for the District of Nebraska is directed to place a detainer with the correctional officer having custody of the defendant.

DATED this 21st day of August, 2007.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge